**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| WILSONIS AYALA-VILLANUEVA, aka Wilsonis Villanueva,<br><br>Petitioner,<br><br>v.<br><br>ERIC H. HOLDER, Jr., Attorney General,<br><br>Respondent. | No. 07-70110<br><br>Agency No. A037-300-465<br><br>ORDER[*] |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted June 11, 2009[**]
Submission deferred March 24, 2010
San Francisco, California

Before: HUG, B. FLETCHER, and HAWKINS, Circuit Judges.

Respondent has filed an unopposed motion to dismiss. We grant that

motion. The Petition for Review is DISMISSED.

DISMISSED.

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).